Honorable ~~J. Richard Creatura~~ James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-0287JLR |
| Plaintiff, | |
| v. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| RIGOBERTO CASTELLANO HERERRA, | |
| Defendants. | |

Having reviewed Defendant Rigoberto Castellano Hererra's Notice of Withdrawal and Substitution of Counsel,

~~IT IS HEREBY ORDERED that John Crowley withdraws and Robert Flennaugh II~~ substitute as counsel for Defendant Castellano Hererra.

All further district court filings, papers, pleadings, court documents, and correspondence in this matter, exclusive of service of process, hall be served upon Defendant Castellano Hererra by leaving a copy thereof with defense counsel.

\\ The court does not intend to allow substitutions of counsel to interfere with the scheduled trial date. New counsel should proceed accordingly.

\\

JLR

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
CR16-287

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534

DATED this 5th day of June, 2017.

_____
Honorable Judge James Robart
United States District Judge

Presented by:

*/s/ Robert Flennaugh II*
Robert Flennaugh II, WSBA #26764

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
CR16-287

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534