Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> RIGOBERTO CASTELLANO HERRERA, <br> Defendant. | NO. CR16-287 JLR <br><br> [PROPOSED] ORDER |

THE COURT, having considered the Defendant's motion, labeled "motion and brief in support of Fed. R. Civ. P. Rule 60(b)(6)" (Dkt. #862), the response filed by the United States (Dkt. #863), the exhibits thereto, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the United States' response to said motion.
2. Defendant's motion is construed as a petition for post-conviction relief pursuant to 28 U.S.C. § 2255.
3. Defendant's motion, filed more than one year after his conviction became final, is time-barred.
4. Defendant's motion, which seeks post-conviction relief unrelated to assistance

Order re: Motion Pursuant to Rule 60(B)(6)
*U.S. v. Castellano Herrera*; CR16-287 JLR/ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of counsel, is precluded by his waiver of such rights contained his plea agreement.

5. Defendant's Presentence Report did not apply a two-level weapon enhancement. Nor did the Court apply such an enhancement to Defendant's offense level and advisory guidelines computation at the time of sentencing. Accordingly, Defendant's requested relief lacks a factual basis.

IT IS THEREFORE ORDERED that Defendant's motion (Dkt. #862) is DENIED.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

DONE this 15th day of October, 2019.

HON. JAMES L. ROBART
United States District Court

Presented by:

s/ Steven T. Masada
STEVEN MASADA
Assistant United States Attorney

Order re: Motion Pursuant to Rule 60(B)(6)
U.S. v. Castellano Herrera; CR16-287 JLR/ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970